Date of Arrest: **01/31**

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Jesus Omar LOPEZ-Quintero AKA: None Known 205917521 YOB: 1990 Citizen of: Mexico Defendant | Magistrate Case No. **22-1115MJ** COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about January 31, 2022 Defendant Jesus Omar LOPEZ QUINTERO, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Paso Del Norte, Texas, Bridge, on or about February 27, 2020. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA John Ballos*
*SAD for JAB*

*Jared Lasley*
Signature of Complainant
Sergio Mora
Border Patrol Agent

Sworn to before me and subscribed telephonically,

__February 01, 2022__  at  __Yuma, Arizona__
Date                        City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Jesus Omar LOPEZ-Quintero
AKA: None Known
205917521

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about January 31, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Yuma, Arizona on or about April 16, 2013. The Defendant has been removed on three previous occasions. The Defendant was most recently removed on or about February 27, 2020, through the port of Paso Del Norte, Texas, Bridge, subsequent to a conviction in an United States District Court, Western District of Texas on or about February 24, 2020, for the crime of Entry After Deportation, a felony.

Agents determined that on or about January 31, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Anthony Milanes, Daniel Tellez, and Nereo Gomez.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPAs Ethan Hawks and Brendan Preuss.

_Jared Lasley_
Signature of Complainant

Sworn to before me and subscribed telephonically,

February 01, 2022
Date

Signature of Judicial Officer